FILED

OCT 18 AM 11:08

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROMAN SUNDAY SR.

          Plaintiff,

vs.

D.K. SISTO, Warden

          Defendant.

CASE NO. C 07 5308 SBA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, ROMAN SUNDAY SR., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No XX

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0  Net: 0

Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____N/A_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or              Yes ____ No _X__
10           self employment
11      b.   Income from stocks, bonds,           Yes ____ No _X__
12           or royalties?
13      c.   Rent payments?                       Yes ____ No _X__
14      d.   Pensions, annuities, or              Yes ____ No _X__
15           life insurance payments?
16      e.   Federal or State welfare payments,   Yes ____ No _X__
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____

23  3.   Are you married?                          Yes _X__ No ____
24  Spouse's Full Name: __Shari Robinson Sunday_____
25  Spouse's Place of Employment: ____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/A_____ Net $_____N/A_____
28  4.   a.   List amount you contribute to your spouse's support:$ ____0_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE

5.    Do you own or are you buying a home?    Yes ____ No _X_

Estimated Market Value: $ __N/A__    Amount of Mortgage: $ __N/A__

6.    Do you own an automobile?    Yes ____ No ____

Make __N/A__  Year __N/A__  Model __N/A__

Is it financed? Yes ____ No _X_ If so, Total due: $ __0__

Monthly Payment: $ __0__

7.    Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: __N/A__

Present balance(s): $ __0__

Do you own any cash? Yes ____ No _X_ Amount: $ __0__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _X_

8.    What are your monthly expenses?

Rent: $ __0__    Utilities: __0__

Food: $ __0__    Clothing: __0__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |

9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____N/A_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  9/20/07                    ROMAN SUNDAY SR.   *Roman Sunday Sr.*
17    DATE                         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Roman Sunday** for the last six months at

**CSP-Solano** where (s)he is confined.

[prisoner name]

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0.00** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0.00**.

Dated: **10/10/07**             **Barbara Patton**

[Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                          REPORT DATE: 10/05/07
                                                                       PAGE NO:    1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIFORNIA STATE PRISON SOLANO
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: APR. 01, 2007 THRU OCT. 05, 2007

ACCOUNT NUMBER : V11338                       BED/CELL NUMBER: S101T1000000106U
ACCOUNT NAME   : SUNDAY SR, ROMAN                 ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

                  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL         TOTAL        CURRENT        HOLDS      TRANSACTIONS
   BALANCE        DEPOSITS     WITHDRAWALS    BALANCE       BALANCE     TO BE POSTED

     0.00           0.00          0.00         0.00          0.00          0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Barbara Patton
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------
   0.00