Roman Sunday, Sr., V-58262
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

UNITED STATES POSTAGE
$ 00.42⁰
02.1A
0004333787    MAY 22 2008
MAILED FROM ZIP CODE 94612

FILED
JUN - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

REASON CHECKED
No CDC#/Unknown
Unable to ID
Unapproved correspond.
Material unacceptable
Name & CDC# no match
Unable to locate

NIXIE    957    DC 1    00  05/29/08

BC: 94612521299    *2872-0572-29-06

*E- FILED*

MAY 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# 4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROMAN SUNDAY, Sr.,

        Petitioner,

    v.

D. K. SISTO, Warden,

        Respondent.

                         /

No. C 07-05308 SBA (PR)

**ORDER GRANTING *IN FORMA PAUPERIS* STATUS AND DIRECTING RESPONDENT TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED**

Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner also seeks leave to proceed in forma pauperis. It does not appear from the face of the petition that it is without merit. Good cause appearing, the Court hereby issues the following orders:

    1.    Petitioner's application to proceed in forma pauperis is GRANTED.

    2.    The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this Order on Petitioner at his current address.

    3.    Respondent shall file with this Court and serve upon Petitioner, within **one-hundred and twenty (120) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the Answer a copy of all portions of the relevant state records

United States District Court
For the Northern District of California

1   that have been transcribed previously and that are relevant to a determination of the issues presented

2   by the petition.

3          4.    If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with

4   the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer.  Should

5   Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days**

6   after the date Petitioner is served with Respondent's Answer.

7          5.    Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer,

8   as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.

9   If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an

10   opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the

11   motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)**

12   **days** of receipt of any opposition.

13          6.    It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court

14   and Respondent informed of any change of address and must comply with the Court's orders in a

15   timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the

16   Court by mailing a true copy of the document to Respondent's counsel.

17          7.    Extensions of time are not favored, though reasonable extensions will be granted.

18   Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline

19   sought to be extended.

20          IT IS SO ORDERED.

21   DATED· 5/9/08

                                  *Saundra B Armstrong*

22                            SAUNDRA BROWN ARMSTRONG
                            United States District Judge

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
**For the Northern District of California**

1

2  UNITED STATES DISTRICT COURT

3  FOR THE

4  NORTHERN DISTRICT OF CALIFORNIA

5

6

7  ROMAN SUNDAY,                          Case Number: CV07-05308 SBA

8            Plaintiff,                   **CERTIFICATE OF SERVICE**

9      v.

10  D.K. SISTO et al,

11            Defendant.                    /

12

13  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14

15  That on May 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

16

17

18  Roman Sunday
19  V-11338
   P.O. Box 4000
20  Vacaville, CA 95696-4000

21  Dated: May 12, 2008
                                    Richard W. Wieking, Clerk
22                                  By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.07\Sunday5308.OSC.wpd                3