**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Sunday, Sr. v. Sisto, Warden**

No.:   **C 07-05308 SBA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>September 9, 2008</u>, I served the attached **MOTION TO DISMISS UNTIMELY PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Roman Sunday, Sr.
V-11338
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696-4000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 9, 2008, at San Francisco, California.

|   D. Desuyo   |   /s/   D. Desuyo   |
| :---: | :---: |
| Declarant | Signature |

20141698.wpd