IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN SUNDAY,<br><br>    Petitioner,<br><br> v.<br><br>D. K. SISTO, Warden,<br><br>    Respondent.                   / | No. C 07-05308 SBA (PR)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS** |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. In lieu of filing an answer, Respondent has filed a motion to dismiss. Petitioner has not filed an opposition to the motion to dismiss. On October 16, 2008, the Court granted Petitioner an extension of time to file an opposition.

    Before the Court is Petitioner's second request for an extension of time to file an opposition to Respondent's motion to dismiss.

    Accordingly, the Court GRANTS Petitioner a second extension of time in which to file his opposition to Respondent's motion to dismiss. The time in which Petitioner may file his opposition to Respondent's motion to dismiss will be extended up to and including **sixty (60) days** from the date of this Order. Respondent shall file a reply brief no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

    IT IS SO ORDERED.

DATED: 11/3/08

                                                                          _Saundra B Armstrong_
                                                           SAUNDRA BROWN ARMSTRONG
                                                           UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Sunday5308.2ndEOT-OPP2MTD.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3
   ROMAN SUNDAY,
4                                                    Case Number: CV07-05308 SBA
              Plaintiff,
5                                                    **CERTIFICATE OF SERVICE**
       v.
6
   D.K. SISTO et al,
7
              Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on November 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.
13

14

15
   Roman Sunday
16 California State Prison - Solano
   V-11338
17 P.O. Box 4000
   Vacaville, CA 95696-4000
18
   Dated: November 4, 2008
19                                                   Richard W. Wieking, Clerk
                                                     By: LISA R CLARK, Deputy Clerk
20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.07\Sunday5308.2ndEOT-OPP2MTD.wpd