IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN SUNDAY, SR., | No. C 07-05308 SBA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. K. SISTO, Warden, | |
| Respondent. | |

In accordance with the Court's order granting Respondent's renewed motion to dismiss (Dkt. 30),

IT IS HEREBY ORDERED THAT judgment is entered in favor of respondent.

IT IS SO ORDERED.

DATED: September 20, 2010

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROMAN SUNDAY,

        Plaintiff,

v.

D.K. SISTO et al,

        Defendant.

Case Number: CV07-05308 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roman Sunday
California State Prison - Solano
V-11338
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: September 20, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2