**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ROMAN SUNDAY,                          No. C 07-05308 SBA (PR)

12              Petitioner,                 **ORDER GRANTING IN PART MOTION**
                                            **FOR STATUS REPORT**
13      v.
                                            Docket no. 35
14   D. K. SISTO, Warden,

15              Respondent.
                                         /
16   ───────────────────────────────────

17       Before the Court is Petitioner's motion for a status report regarding his opposition that was

18   sent to the Ninth Circuit Court of Appeals. (Dkt. 35). This motion is granted, in part. The Court

19   will summarize Petitioner's case in this Court, but cannot provide the status of his case in the Ninth

20   Circuit.

21       With regard to Petitioner's case in the district court, on May 12, 2008, the Court issued an

22   Order to Show Cause why the petition should not be granted, (Dkt. 4), and, on September 9, 2008,

23   Respondent filed a motion to dismiss based on untimeliness, (Dkt. 6). After numerous extensions of

24   time, on August 25, 2009, Petitioner filed an opposition. (Dkt. 16). On September 30, 2009, the

25   Court issued an Order denying the motion to dismiss without prejudice. (Dkt. 19).

26       On January 29, 2010, Respondent filed a renewed motion to dismiss, (Dkt. 26), Petitioner

27   filed an opposition, (Dkt. 27), Respondent filed a reply, (Dkt. 28), and Petitioner filed a response to

28   the reply, (Dkt. 29). On September 9, 2010, the Court issued an Order granting the renewed motion

1  to dismiss and denying a certificate of appealability.   (Dkt. 30).  On September 20, 2010, judgment

2  was entered in favor of Respondent.  (Dkt. 31).

3          The docket does not reflect an appeal of the Court's Order and Judgment to the Ninth Circuit

4  Court of Appeals.

5          This Order terminates Docket no. 35.

6          The Clerk shall send a copy of the docket of this case to Petitioner.

7

8          IT IS SO ORDERED.

9

10  Dated:   12/10/12

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

L:\PRO-SE\SBA\HC.07\Sunday5308.Grant Status Rpt.wpd          2

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    UNITED STATES DISTRICT COURT
     FOR THE
2    NORTHERN DISTRICT OF CALIFORNIA

3

4    ROMAN SUNDAY,
                                                    Case Number: CV07-05308 SBA
             Plaintiff,
5                                                   **CERTIFICATE OF SERVICE**

       v.
6
     D.K. SISTO et al,
7
             Defendant.
8    _____/

9
     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10   Court, Northern District of California.

11   That on December 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
     in the Clerk's office.

13

14

15
     Roman Sunday
16   California State Prison - Solano
     V-11338
17   P.O. Box 4000
     Vacaville, CA 95696-4000
18
     Dated: December 13, 2012
19
                                                    Richard W. Wieking, Clerk
                                                    By: Lisa Clark, Deputy Clerk
20

21

22

23

24

25

26

27

28

     L:\PRO-SE\SBA\HC.07\Sunday5308.Grant Status Rpt.wpd          3